# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E. R. SQUIBB & SONS, L.L.C., AND BRISTOL-MYERS SQUIBB, CO.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:15-cv-13443-MLW |

## DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND E. R. SQUIBB & SONS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.3(A), Defendants Bristol-Myers Squibb Co. ("BMS") and E. R. Squibb & Sons, L.L.C. ("Squibb") make the following disclosures:

(a) BMS has no parent corporation and no publicly held corporation owns 10% or more of its stock; and

(b) Squibb is a wholly owned subsidiary of BMS.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 21, 2015　　　　　　/s/ Kelli J. Powell

　　　　　　　　　　　　　　　　　　　Kevin S. Prussia (BBO #666813)
　　　　　　　　　　　　　　　　　　　*kevin.prussia@wilmerhale.com*
　　　　　　　　　　　　　　　　　　　Kelli J. Powell (BBO #682079)
　　　　　　　　　　　　　　　　　　　*kelli.powell@wilmerhale.com*
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　60 State Street

Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy Wigmore (BBO #629725)
*amy.wigmore@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6096
Fax: (202) 663-6363

*Of Counsel:*

Dianne B. Elderkin (*pro hac vice*)
*delderkin@akingump.com*
Steven D. Maslowski (*pro hac vice*)
*smaslowski@akingump.com*
Matthew A. Pearson (*pro hac vice*)
*mpearson@akingump.com*
Melissa Gibson (*pro hac vice*)
*mgibson@akingump.com*
Jason Weil (*pro hac vice*)
*jweil@akingump.com*
AKIN GUMP STRAUSS HAUER & FELD LLP
Suite 4100
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7013
Tel: (215) 965-1200
Fax: (215)965-1238

Emily C. Johnson (*pro hac vice*)
johnsone@akingump.com
Rachel J. Elsby (*pro hac vice*)
*relsby@akingump.com*
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, DC 20036
Tel: (202) 887-4000

*Counsel for Tasuku Honjo, E. R. Squibb & Sons, L.L.C. and Bristol-Myers Squibb Co.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on December 21, 2015.

      /s/ Kelli J. Powell
      Kelli J. Powell (BBO #682079)