# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E.R. SQUIBB & SONS, L.L.C., and BRISTOL-MYERS SQUIBB CO., <br><br> Defendants. | Civil Action No. 1:15-cv-13443-MLW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Kevin M. Yurkerwich as counsel for Defendants Ono Pharmaceutical Co., Ltd., Tasuku Honjo, E. R. Squibb & Sons, L.L.C. and Bristol-Myers Squibb Co. in the above-referenced action.

    Respectfully Submitted,

/s/ Kevin M. Yurkerwich
Kevin M. Yurkerwich (BBO #689909)
*kevin.yurkerwich@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

*Counsel for Ono Pharmaceutical Co., Ltd., Tasuku Honjo, E. R. Squibb & Sons, L.L.C. and Bristol-Myers Squibb Co.*

Date: April 25, 2016

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on April 25, 2016.

               /s/ Kevin M. Yurkerwich
               Kevin M. Yurkerwich (BBO #689909)