# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANA-FARBER CANCER INSTITUTE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-13443-MLW |
| | ) | |
| ONO PHARMACEUTICAL CO., LTD., | ) | |
| TASUKU HONJO, E.R. SQUIBB & SONS, | ) | |
| L.L.C., and BRISTOL-MYERS SQUIBB, CO., | ) | |
| | ) | |
| Defendants. | ) | |

## PFIZER INC., WYETH LLC, AND GENETICS INSTITUTE, LLC'S
## <u>MOTION TO INTERVENE</u>

Pursuant to Federal Rules of Civil Procedure 24(a) and (b), Pfizer Inc. and its corporate affiliates Wyeth LLC and Genetics Institute, LLC (collectively, "Pfizer") respectfully move the Court for an Order permitting them to intervene as plaintiffs in the above-captioned case and file their proposed Complaint In Intervention.  The facts and law supporting Pfizer's motion are set forth in detail in the concurrently filed memorandum of law in support of Pfizer's motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies that counsel for Pfizer has conferred with counsel for Defendants and has attempted in good faith to resolve or narrow the issue presented by Pfizer's motion to intervene.  As a result of those discussions, Defendants have stated that they consent to Pfizer's motion to intervene, without prejudice to their positions on the merits of the action.

The undersigned hereby certifies that counsel for Pfizer has also conferred with counsel for Plaintiff and has attempted in good faith to resolve or narrow the issue presented by Pfizer's motion to intervene.  As a result of those discussions, Plaintiff has stated that it has not yet taken a position on Pfizer's motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Pfizer believes that oral argument may assist the Court and respectfully requests to be heard.

Dated:  September 22, 2017

Respectfully submitted,

*/s/ Lee Carl Bromberg*

Lee Carl Bromberg
Amy J. Tindell
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500
lbromberg@mccarter.com
atindell@mccarter.com

OF COUNSEL:
Peter J. Armenio, P.C.
Robert B. Wilson
Laura L. Fairneny
Anastasia M. Fernands
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000
peterarmenio@quinnemanuel.com
robertwilson@quinnemanuel.com
laurafairneny@quinnemanuel.com
anastasiafernands@quinnemanuel.com

*Attorneys for Movants Pfizer Inc.,*
*Wyeth LLC, and Genetics Institute, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on September 22, 2017.

*/s/ Lee Carl Bromberg*
Lee Carl Bromberg