**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E.R. SQUIBB & SONS, L.L.C., and BRISTOL-MYERS SQUIBB CO., <br><br> Defendants. | Civil Action No. 1:15-cv-13443-MLW |

## UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 7.2 and Section 5 of the Stipulated Protective Order (Docket No. 134), Plaintiff Dana-Farber Cancer Institute, Inc. ("Dana-Farber") hereby moves to seal Dana-Farber's Motion to Compel Production of Named Inventors' Prior Testimony and Other Documents, its supporting Memorandum, and the accompanying Declaration of Daniel L. McFadden and its exhibits.

As grounds for this motion, Dana-Farber states that the Memorandum and the Exhibits contain information designated CONFIDENTIAL and/or HIGHLY CONFIDENTIAL pursuant to the Stipulated Protective Order.

Pursuant to the Stipulated Protective Order, Dana-Farber will file redacted versions of these documents for the public record within 5 business days.

Defendants do not oppose this motion.

DANA-FARBER CANCER INSTITUTE, INC.

By its attorneys,

*/s/ Daniel L. McFadden*
Donald R. Ware (BBO No. 516260)
Barbara A. Fiacco (BBO No. 633618)
Sarah S. Burg (BBO No. 683245)
Daniel L. McFadden (BBO No. 676612)
Michael Hoven (BBO No. 688593)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)

Dated: October 2, 2017

## LOCAL RULE 7.1 CERTIFICATION

  I hereby certify that counsel for plaintiff conferred with counsel for defendants in a good faith effort to narrow or resolve the issues raised in this motion. Counsel for defendants does not oppose the relief requested.

             */s/   Daniel L. McFadden*
             Daniel L. McFadden

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on October 2, 2017.

             */s/   Daniel L. McFadden*
             Daniel L. McFadden