# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiff, <br><br> - and- <br><br> PFIZER INC., WYETH LLC, and GENETICS INSTITUTE, LLC, <br><br> Intervenors-Plaintiffs, <br><br> v. <br><br> ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E.R. SQUIBB & SONS, L.L.C., and BRISTOL-MYERS SQUIBB, CO., <br><br> Defendants. | Civil Action No. 1:15-cv-13443-PBS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties in the above-captioned matter (the "Parties") hereby stipulate to the dismissal of all claims asserted by Intervenors-Plaintiffs Pfizer Inc., Wyeth LLC, and Genetics Institute, LLC ("Pfizer") against Defendants Ono Pharmaceutical Co. Ltd., Tasuku Honjo, E.R. Squibb & Sons, L.L.C., and Bristol-Myers Squibb, Co. ("Defendants"), WITH PREJUDICE and without costs.

The Parties request that the Court enter an order of dismissal of only Pfizer's claims against Defendants in the action. This stipulation does not affect the claims asserted by Plaintiff Dana-Farber Cancer Institute, Inc. against Defendants or the inventorship of the patents-in-suit.

February 6, 2019

| | |
|---|---|
| PFIZER INC., WYETH LLC, AND GENETICS INSTITUTE, LLC<br><br>By their attorneys,<br><br>*/s/ Lee Carl Bromberg*<br>Lee Carl Bromberg (BBO #58480)<br>Wyley S. Proctor (BBO # 666613)<br>McCARTER & ENGLISH, LLP<br>265 Franklin Street<br>Boston, MA 02110<br>(617) 449-6500<br>lbromberg@mccarter.com<br>wproctor@mccarter.com<br><br>OF COUNSEL:<br>Kathleen M. Sullivan (BBO # 551053)<br>Peter J. Armenio, P.C. (*pro hac vice*)<br>Robert B. Wilson (*pro hac vice*)<br>Laura L. Fairneny (BBO # 672808)<br>Anastasia M. Fernands (BBO # 633131)<br>QUINN EMANUEL<br>URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY 10010<br>(212) 849-7000<br>kathleensullivan@quinnemanuel.com<br>peterarmenio@quinnemanuel.com<br>robertwilson@quinnemanuel.com<br>laurafairneny@quinnemanuel.com<br>anastasiafernands@quinnemanuel.com<br><br>DANA-FARBER CANCER INSTITUTE, INC.<br><br>By its attorneys,<br><br>*/s/ Donald R. Ware*<br>Donald R. Ware (BBO No. 516260)<br>dware@foleyhoag.com<br>Barbara A. Fiacco (BBO No. 633618)<br>bfiacco@foleyhoag.com<br>Sarah S. Burg (BBO No. 683245) | ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E. R. SQUIBB & SONS, L.L.C. AND BRISTOL-MYERS SQUIBB CO.<br><br>By their attorneys,<br><br>*/s/ Dianne B. Elderkin*<br>Kevin S. Prussia (BBO #666813)<br>kevin.prussia@wilmerhale.com<br>Kevin M. Yurkewich (BBO #689909)<br>kevin.yurkewich@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Amy Wigmore (BBO #629725)<br>amy.wigmore@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 663-6096<br>Fax: (202) 663-6363<br><br>Dianne B. Elderkin (*pro hac vice*)<br>delderkin@akingump.com<br>Steven D. Maslowski (*pro hac vice*)<br>smaslowski@akingump.com<br>Matthew A. Pearson (*pro hac vice*)<br>mpearson@akingump.com<br>Melissa Gibson (*pro hac vice*)<br>mgibson@akingump.com<br>Jason Weil (*pro hac vice*)<br>jweil@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Suite 4100<br>Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103-7013 |

| | |
|---|---|
| sburg@foleyhoag.com<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>(617) 832-1000 (telephone)<br>(617) 832-7000 (facsimile) | Tel: (215) 965-1200<br>Fax: (215)965-1238<br><br>Rachel J. Elsby (*pro hac vice*)<br>relsby@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue<br>Washington, DC 20036<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288 |

## **ORDER**

IT IS SO ORDERED on this _____ day of _____, 2019.

_____
The Honorable Patti B. Saris
Chief Judge
United States District Court
District of Massachusetts
Boston Division

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on February 6, 2019.

>   */s/ Wyley Proctor*
>   Wyley Proctor