# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Plaintiff,<br><br>- and-<br><br>PFIZER INC., WYETH LLC,<br>and GENETICS INSTITUTE, LLC,<br><br>Intervenors-Plaintiffs,<br><br>v.<br><br>ONO PHARMACEUTICAL CO., LTD.,<br>TASUKU HONJO, E.R. SQUIBB & SONS,<br>L.L.C., and BRISTOL-MYERS SQUIBB, CO.,<br><br>Defendants. | Civil Action No. 1:15-cv-13443-PBS |

## [~~PROPOSED~~] JUDGMENT

**IT IS ORDERED AND ADJUDGED:**

For the reasons stated in the Court's Opinion and Order dated May 17, 2019, judgment is hereby entered pursuant to 35 U.S.C. § 256 in favor of Plaintiff and against Defendants as to Plaintiff's claims for Correction of Inventorship of United States Patent Numbers 7,595,048; 8,168,179; 8,728,474; 9,067,999; 9,073,994; 9,402,899, as set forth in the Amended Complaint. The Director of the United States Patent and Trademark Office is hereby ordered to add Dr. Gordon Freeman and Dr. Clive Wood as inventors on the above-listed patents and to issue a Certificate of Correction accordingly.

Dated: 6/12/19

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ M. Molloy
Deputy Clerk