UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E. R. SQUIBB & SONS, L.L.C., AND BRISTOL-MYERS SQUIBB, CO.,<br><br>    Defendants. | Civil Action No. 1:15-cv-13443-PBS |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Ono Pharmaceutical Co. Ltd., Tasuku Honjo, E. R. Squibb & Sons, L.L.C., and Bristol-Myers Squibb Co. appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on June 12, 2019 (Dkt. No. 394), and from all underlying adverse opinions, rulings, findings, conclusions, and orders in this case, including, but not limited to, the Findings of Fact, Conclusions of Law, and Order entered on May 17, 2019 (Dkt. No. 389).

                 Respectfully submitted,

Dated:  June 17, 2019           ___/s/_ Dianne B. Elderkin_____

                 Dianne B. Elderkin (*pro hac vice*)
                 *delderkin@akingump.com*
                 Steven D. Maslowski (*pro hac vice*)
                 *smaslowski@akingump.com*
                 Matthew A. Pearson (*pro hac vice*)
                 *mpearson@akingump.com*
                 Melissa Gibson (*pro hac vice*)
                 *mgibson@akingump.com*

Jason Weil (*pro hac vice*)
*jweil@akingump.com*
Matthew Hartman (*pro hac vice*)
mhartman@akingump.com
AKIN GUMP STRAUSS HAUER &
FELD LLP
Suite 4100
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7013
Tel: (215) 965-1200
Fax: (215)965-1238

Rachel J. Elsby (*pro hac vice*)
*relsby@akingump.com*
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue
Washington, DC 20036
Tel: (202) 887-4000

Kevin S. Prussia (BBO #666813)
*kevin.prussia@wilmerhale.com*
Kevin Yurkerwich
*kevin.yurkerwich@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy Wigmore (BBO #629725)
*amy.wigmore@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6096
Fax: (202) 663-6363

*Counsel for Ono Pharmaceutical Co., Ltd.,
Tasuku Honjo, E. R. Squibb &
Sons, L.L.C. and Bristol-Myers Squibb Co.*