UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E.R. SQUIBB & SONS, L.L.C., and BRISTOL-MYERS SQUIBB, CO. <br><br> Defendants. | Civil Action No. 1:15-cv-13443-PBS |

**NOTICE REGARDING PLAINTIFF'S
USE OF PREVIOUSLY PRODUCED MATERIAL**

Defendants Bristol-Myers Squibb Co. and E.R. Squibb & Sons, L.L.C. (collectively, "BMS") hereby notify this Court that, pursuant to paragraphs 6 and 7 of the Stipulated Protective Order, Dkt. No. 134 (May 12, 2017), they have consented to Plaintiff Dana-Farber Cancer Institute Inc.'s limited use of two documents produced under the Protective Order. Specifically, BMS has consented to Plaintiff referring to certain license agreements produced under the Stipulated Protective Order in Plaintiff's opposition to the pending motion to dismiss in *Dana-Farber Cancer Institute v. Bristol-Myers Squibb, Co.*, No. 19-cv-11380 (D. Mass.). Plaintiff has agreed to treat those documents as "Outside Counsel Eyes Only" pursuant to the Stipulated Protective Order. The documents are not deemed produced for purposes of Case No. 19-cv-11380.

1

Dated:  November 12, 2019							Respectfully submitted,

*/s/ Dianne B. Elderkin*
Dianne B. Elderkin (*pro hac vice*)
*delderkin@akingump.com*
Steven D. Maslowski (*pro hac vice*)
*smaslowski@akingump.com*
Matthew A. Pearson (*pro hac vice*)
*mpearson@akingump.com*
Melissa Gibson (*pro hac vice*)
*mgibson@akingump.com*
Matthew Hartman (*pro hac vice*)
*mhartman@akingump.com*
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Tel: (215) 965-1200
Fax: (215) 965-123

Rachel J. Elsby (*pro hac vice*)
*relsby@akingump.com*
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
Tel: (202) 887-4000

Kevin S. Prussia (BBO #666813)
kevin.prussia@wilmerhale.com
Kevin Yurkerwich (BBO #689909)
kevin.yurkerwich@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Amy Wigmore (BBO #629725*)*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6096
Fax: (202) 663-6363

*Counsel for E.R. Squibb & Sons, L.L.C. and Bristol-Myers Squibb Co.*