NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DANA-FARBER CANCER INSTITUTE, INC.,**
*Plaintiff-Appellee*

**v.**

**ONO PHARMACEUTICAL CO., LTD., TASUKU HONJO, E.R. SQUIBB & SONS, L.L.C., BRISTOL-MYERS SQUIBB COMPANY,**
*Defendants-Appellants*

———————————

2019-2050

———————————

Appeal from the United States District Court for the District of Massachusetts in No. 1:15-cv-13443-PBS, Judge Patti B. Saris.

———————————

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

———————————

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2 DANA-FARBER CANCER INSTITUTE v. ONO PHARMACEUTICAL CO., LTD.

Appellants Bristol-Myers Squibb Company, E.R. Squibb & Sons, L.L.C., Tasuku Honjo and Ono Pharmaceutical Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Appellee Dana-Farber Cancer Institute, Inc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on October 23, 2020.

FOR THE COURT

October 16, 2020        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
        Clerk of Court